UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

**Dumbo Restauranr Corp ,**

    Debtor.

-------------------------------------------------------X

Chapter 11

Case No.: **18-46265**

**AFFIDAVIT OF CHAPTER 11
PURSUANT TO LR 1007-2**

State of New York     )
                              ss
County of Westchester   )

**FRANK CIOLLI**, being duly sworn, deposes and says:

1. I am the Debtor herein. I am personally familiar with all of the matters set forth below.

2. The Debtor herein holds interest in real estate located at 1 Front Street , Brooklyn, New York comprising a retail pizza shop.

3. The Debtor is self-employed. The Debtor seeks to enter into a plan for the payment of existing debts.

4. The Petition in this matter is to be commenced as a Chapter 11.

5. With respect to the holders of the *largest* unsecured claim(s):

    Aiello Cheese                          $28,000
    Premier Packaging Products      $16,564
    Roma Foods                           $10,560

6. The secured claim(s) are as follows:

    a. Brooklyn Pizzaria                  $427,000.00
    b. NYS Taxes                         $ 90,000.00

7. Summary of Assets and Liabilities:

    <u>Assets:</u>

a. A lease located @ 1 Front Street Brooklyn, NY

Liabilities: The secured debts listed in Schedule D.

8. No securities of the Debtor are publicly held.

9. At this time the Primary Residence of the debtor is not in the possession or custody of any custodian, public officer, pledge, assignee of rents, or secured creditor, or agent for any such entity.

10. Debtor's assets are located in New York.

11. At this time the following proceedings are pending or threatened against the Debtor:

   a. Brooklyn Pizzaria v. Dumbo rest LLC    EVICTION PROCEEDING

Dated: White Plains, New York
       October 30 2018

FRANK CIOLLI

Sworn to before me on this
30th day of October 2018

Notary Public

TODD S. CUSHNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CU6071553
Qualified in Westchester County
Commission Expires March 18, 20_22_