UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re:

DUMBO RESTAURANT CORP., LLC,                                          Case No. 18-46265 (NHL)

                              Debtor.                                                    Chapter 11
_____X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010 (b), Pelton Graham LLC by Brent E. Pelton hereby appears for the Creditors Yaser Omar, Emmanuel Garcia, Charlie Garcia, Individually and On Behalf of All Others Similarly Situated, Carlos Ordonez, Carlos Camacho, Bolivar Camacho, Hugo Teniza, Jonathan Espinal, Santiago Basantes and Klydje Shyti in the above-captioned Chapter 11 case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

                          Brent E. Pelton
                          111 Broadway, Suite 1503
                          New York, NY 10006
                          Tel.: (212)385-9700
                          Fax: (212) 385-0800

       PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, telefax, or otherwise.

Dated:  New York, New York
          December 27, 2018

                          PELTON GRAHAM LLC

                          /s/ Brent E. Pelton
                          111 Broadway, Suite 1503
                          New York, NY  10006
                          (212) 385-9700